IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRUD ROSSMAN,     *

Plaintiff     *

v     *     Civil Action No. GJH-18-0005

DONALD TRUMP, *et al.*,     *

Defendants     *

\*\*\*

## ORDER

The above-captioned Complaint was filed together with a Motion to Proceed in Forma Pauperis. Because Plaintiff appears to be indigent, the motion shall be granted.

The 33 page type written Complaint is not a picture of clarity. Plaintiff Brud Rossman, who also refers to himself as the "Anti-Anti Christ" (ECF No. 1, p. 1) alleges that Defendants, President Donald Trump, White House Chief of Staff, John Kelly, Ivanka Trump, Jared Kushner, Former President Barack Obama, Anthony Scaramucci, and "The Jews" "are guilty of the attempted murder of Brud Rossman, his extreme torture unlawfully, his false imprisonment, robbery beyond Theft of his property, and worse." ECF 1, p. 5. He claims that:

> The Government otherwise has admitted liability in statements by 2 FBI agents, 1 NSA extern,, May 3, 2002, 3 p.m. at the FBI Field Office, Tysons Corner, David Syracuse (phonetic spelling), Red Haired "bad cop" 2nd FBI agent, and the unnamed junior NSA extern. In October, 2002, those targeting Brud Rossman with extreme torture, attempted murder, false imprisonment, robbery, theft, unconsented medical research, declared themselves open as the "Central Intelligence Agency", the "Federal Bureau of Investigation", and the "National Security Agency".
>
> 7. Those declaring their own guilt or association with Brud Rossman's targeting, destruction, indexing of same number in the 100s of natural persons on affirmative statements to Brud Rossman since 2002 if not before-and in retrospect....

He further complains about an IRS loss adjustment (ECF No. 1, p. 7) and that various governmental agencies have engaged in "Wireless C4ISR platform abuse, reflected in the Network Forensic Data, amplitude, amperage, de facto Electrocution of Brud Rossman, his near and unlawful death on many occasions by EMF/RRF 'signaling', defining dominant war platforms, including the abuse of infrasonic weaponry platforms...." *Id.*, p. 8. He makes numerous racist statements regarding Jews and African Americans. *Id.*, pp. 24-26.

He alleges that:

19. Since 1964, Brud Rossman has been conscripted in such a role, as the "Anti Anti Christ", "-6", "-5" denotations, etc., just to start- and at least for such purpose. Compare Book of Revelations the New Testament, the Bible ("the sign of the Beast" is "666", etc).6 The associated financial scale is insane, the implications are insane.

FN6 Again to be very plain: Brud Rossman thinks of himself NOT as some Messiah, Frankly, he cannot stand any of you. He has been trying to rid himself of you human scum forever, since he was born. However, the facts are the facts. The numerical denotations are proven; the encoding, mapping in super computer regimes, etc are proven; there can be no rebuttal.

*Id.*, p. 10.

He indicates his desire to leave the United States stating:

34. Brud Rossman is done with the de facto homicidal fisting faggots defining the "government", as the CIA, as the "Agency", not the "company", Apparatchik, garbage, stupid, sh*tbag, low end Evil. Witness the USSR, Eastern Bloc, Maoist China, but here worse, masked as "free market capitalism", 5 year plans, "from each to their abilities, to each according to their need", lies perpetuated at revolting levels, warped space in Math, beyond the de facto regime – at least as applied to Brud Rossman, indexed, leveraged, etc., Low end moron sh*tbag Evil, worse.

*Id.*, p. 14. Inexplicably, he claims that the filings made by him in this Court for this case have been "hacked." *Id.*, p. 3, FN 2

A Complaint that is totally implausible or frivolous, such as this, may be dismissed sua sponte for lack of subject matter jurisdiction pursuant to Fed R. Civ. P 12 (b)(1). *See Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999); *O'Connor v. United States*, 159 F.R.D. 22 (D. Md. 1994); *see also Crowley Cutlery Co. v. United States*, 849 F.2d 273, 277 (7th Cir. 1988) (federal district judge has authority to dismiss a frivolous suit on his own initiative). Clearly the allegations asserted by Plaintiff are the product of fantasy or delusional thinking that cannot be addressed by this Court. Plaintiff has not provided any information that might lead to a reasonable conclusion that some plausible cause of action has accrued on his behalf.

Accordingly, it is this 22nd day of January, 2018, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Motion to Proceed in Forma Pauperis IS GRANTED;
2. The Complaint IS DISMISSED;
3. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff; and
4. The Clerk SHALL CLOSE this case.

GEORGE J. HAZEL
UNITED STATES DISTRICT JUDGE